## A. Nelson, Appellee, v. Allen Berry and Katherine Berry, Appellants.

### Gen. No. 43,789.

opinion filed December 31, 1946; rehearing denied January 14, 1947; released for publication January 15, 1947. Irwin Bloom and Victor H. Goulding, for appellants; George C. Adams, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.